| AO 10<br>Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>CHESLER, STANLEY R. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>FRANK R. LAUTENBERG U.S.<br>COURTHOUSE & POST OFFICE BLDG<br>NEWARK, NEW JERSEY 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 9:51 FINANCIAL DISCLOSURE OFFICE

Chesler_Stanley_R

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | K HOVNANIAN ENTERPRISES |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | GEORGE MASON UNIVERSITY LAW SCHOOL, LAW & ECONOMICS CENTER | 10/16/08 to 10/19/08 | La Jolla, CA | Educational seminar | Lodging, meals and transportation |
| 2. | COMMISSION FOR ENVIRONMENTAL COOPERATION | 11/17/08 to 11/21/08 | Mexico City, Mexico | Educational seminar | Lodging, meals and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EVERGREEN SMALL CO. GROWTH FUND, BOSTON, MA | A | Dividend | J | T | | | | | |
| 2. SPARTA TWP. BRD. OF ED. BOND | A | Interest | | | Redeemed | 9/2 | J | A | |
| 3. N.J. STATE BOND | A | Interest | | | Redeemed | 3/3 | J | A | |
| 4. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 5. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 6. BANCO POPULAR, BROOKLYN, NY | A | Interest | M | T | | | | | |
| 7. U.S. TREASURY BILLS FED. RESERVE BANK OF NY | D | Interest | N | T | | | | | |
| 8. TREASURY BILL | | Interest | | | REDEMPTION | 9/30 | L | A | |
| 9. TREASURY BILL | | Interest | | | REDEMPTION | 11/28 | J | A | |
| 10. TREASURY BILL | | Interest | | | REDEMPTION | 12/31 | K | A | |
| 11. BANK OF AMERICA | C | Interest | M | T | | | | | |
| 12. INVESCO STABLE VALUE FUND | C | Dividend | M | T | | | | | |
| 13. INVESCO 500 INDEX FUND | A | Dividend | L | T | | | | | |
| 14. N.J. STATE BOND | B | Interest | K | T | | | | | |
| 15. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 16. N.J. STATE BOND | A | Interest | K | T | | | | | |
| 17. N.J. STATE BOND | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 6/3 | J | | |
| 36. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 7/3 | J | | |
| 37. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 8/5 | J | | |
| 38. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 9/3 | J | | |
| 39. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 10/3 | J | | |
| 40. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 11/4 | J | | |
| 41. FIDELITY SPARTAN 500 INDEX FUND | B | Dividend | K | T | BUY | 12/3 | J | | |
| 42. FIDELITY N.J. MUNI MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 43. PORT AUTHORITY OF NY & NJ BOND | A | Interest | K | T | | | | | |
| 44. S. JERSEY TRANS AT BOND | B | Interest | K | T | | | | | |
| 45. NJ STATE ED FACS BOND | A | Interest | K | T | | | | | |
| 46. NJ STATE ED FACS BOND | C | Interest | L | T | | | | | |
| 47. S. JERSEY TRANS AT BOND | B | Interest | K | T | | | | | |
| 48. LIVINGSTON SCHOOL DIST. BOND | A | Interest | J | T | | | | | |
| 49. NJ TRANS TR BOND | C | Interest | K | T | | | | | |
| 50. PORT AUTHORITY OF NY & NJ BOND | B | Interest | K | T | | | | | |
| 51. PORT AUTHORITY OF NY & NJ BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NJ BUILDING AUTHORITY BOND | C | Interest | K | T | | | | | |
| 53. BERGEN COUNTY UTIL. AUTHORITY BOND | B | Interest | K | T | | | | | |
| 54. MERRILL LYNCH CMA NJ MUNI MONEY MKT | A | Dividend | J | T | | | | | |
| 55. COUNTRYWIDE BANK | D | Interest | | | Closed | 11/6 | L | | |
| 56. FIDELITY NJ AMT MONEY MARKET FD | A | Dividend | J | T | | | | | |
| 57. NJ STATE BOND | A | Interest | J | T | Buy | 2/22 | J | | |
| 58. CALIFORNIA STATE BOND | A | Interest | J | T | Buy | 3/14 | J | | |
| 59. PUERTO RICO POWER AUTHORITY BOND | A | Interest | J | T | Buy | 9/2 | J | | |
| 60. HIGHLAND PARK SCHOOL DIST. BOND | A | Interest | J | T | Buy | 10/23 | J | | |
| 61. NJ TRANSIT BOND | A | Interest | K | T | Buy | 11/14 | K | | |
| 62. CALIFORNIA STATE BOND | A | Interest | J | T | Buy | 3/14 | J | | |
| 63. CAPITAL ONE BANK | A | Interest | K | T | Open | 9/13 | J | | |
| 64. MET LIFE BANK | A | Interest | L | T | Open | 9/24 | L | | |
| 65. GMAC BANK | A | Interest | L | T | Open | 11/14 | L | | |
| 66. COLUMBIA CASH RESERVES MONEY MKT | A | Dividend | J | T | Open | 9/4 | L | | |
| 67. FIDELITY US TREASURY MONEY MKT | A | Dividend | L | T | Open | 10/3 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII.

Treasury bills reflected on Lines 8 to 10 were redeemed. For reporting purposes, the income earned on these bills has been aggregated with the income earned on all Treasury bills. Total income for all Treasury bills is reflected in Line 7.

Income and gross value for all Fidelity Spartan 500 holdings (Lines 30 to 41) are reported on Line 41.

The asset reported as ML Banking Advantage on Line 15 of my Financial Disclosure Report for Calendar Year 2007, dated May 9, 2008, was closed when asset reported as Merrill Lynch CMA NJ Muni Money Market Fund on Line 77 of the 2007 Financial Disclosure Report was opened on October 23, 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R.    - | 05/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544